# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Securities and Exchange Commission<br>*Plaintiff*<br>v.<br>Gerald Cocuzzo<br>*Defendant* | Case No. 16 CV 2193 (BMC) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gerlad Cocuzzo

Date:   06/13/2016

/S/
*Attorney's signature*

Elizabeth E. Macedonio
*Printed name and bar number*

80 Broad Street - Suite 1900
New York, NY 10004

*Address*

emacedonio@yahoo.com
*E-mail address*

(212) 257-6410
*Telephone number*

(212) 257-6453
*FAX number*